UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 05-14038

CASE NO. CR-MIDDLEBROOKS MAGISTRATE

21 U.S.C. 841(a)(1)



UNITED STATES OF AMERICA

    Plaintiff,

vs.

CLIFTON ALEXANDER,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 2, 2005, in Highlands County, in the Southern District of Florida, the

defendant,

### CLIFTON ALEXANDER,

did knowingly and intentionally possess with intent to distribute a narcotic controlled substance, that

is, five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base,

commonly referred to as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

**CLIFTON ALEXANDER**

_____Defendant_____

**CASE NO.** 05-14038

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)          Yes ____   No ____
Number of New Defendants          ____
Total number of counts          ____

Court Division:
____ Miami   ____ Key West
____ FTL   ____ WPB _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

|     |              |      |           |      |
|-----|--------------|------|-----------|------|
| I   | 0 to 5 days  | X___ | Petty     | ____ |
| II  | 6 to 10 days | ____ | Minor     | ____ |
| III | 11 to 20 days| ____ | Misdem.   | ____ |
| IV  | 21 to 60 days| ____ | Felony    | X    |
| V   | 61 days and over | ____ |        |      |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No) No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) No _____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ____ Yes _X_ No

_____Corey Steinberg_____
**Corey Steinberg**
**Assistant United States Attorney**
Florida Bar No. 0563234

Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## 05-14038

CASE NO.    CR - MOORE       MAGISTRATE JUDGE
                                        LYNCH

Defendant's Name:   **CLIFTON ALEXANDER**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Possession with intent to distribute five (5) grams or more of crack cocaine | 21:841(a)(1) | 5-40 years<br>$2 million fine<br>4 years supervised release |