# COURT MINUTES – FORT PIERCE

### U.S. MAGISTRATE JUDGE FRANK J. LYNCH, J

FILED by _____ D.C.

MAY 1 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

FORT PIERCE COURTHOUSE: __Courtroom #108__

DEFT: __CLIFTON ALEXANDER (J), present__ CASE NO: __05-14038-CR-MOORE__

AUSA: __Corey Steinberg, present__ ATTORNEY: _____

AGENT: __Nick Kent, DEA__ VIOL: __21:841(a)(1) PWID crack cocaine__

PROCEEDING: __Initial Appearance__ BOND REC: __PTD__ SET: _____

DISPOSITION: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____.

11) Travel extended to: _____.

12) _____Halfway House _____

_____Electronic Monitoring _____

- Deft present w/out cnsl & advised of charges
- △ sworn & req add'l time to retain atty
- Court recomm PTD & req 3 days
- Court ordered △ temp detained as risk of flight & danger to community pend PTD hrng on Monday 5/23/05

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 5/19/05 | 9:30 A.M. | FJL | FTP |
| PTD/BOND HEARING: | 5/23/05 | 9:30 A.M. | FJL | FTP |
| PRELIM/ARRAIGN OR REMOVAL: | 5/19/05 | 9:30 A.M. | FJL | FTP |

STATUS CONFERENCE: _____

DATE: 05/18/05    TIME:    9:30 A.M.    TAPE # 05 - 29 -FJL @ 871